**Opinion issued July 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00063-CV

————————————

## IN RE SAFECO INSURANCE COMPANY OF INDIANA, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Safeco Insurance Company of Indiana, filed a petition for a writ of

mandamus seeking to compel the respondent district judge to rule on its two pending

motions to compel appraisal and for summary judgment, and real party in interest

("RPI") J. Douglas Sutter's pending motion for final summary judgment, in the underlying proceeding.[1] This Court requested and received a response.

This Court's June 14, 2019 Order granted relator's emergency motion to stay the underlying trial court proceedings and trial setting, pending disposition of this petition. *See* Tex. R. App. P. 52.10(a). Then on June 27, 2019, RPI Sutter filed a motion to reconsider lifting this Court's stay. RPI Sutter contends that the petition is now moot and the stay should be lifted because the respondent signed three orders on June 17, 2019, denying relator's two pending motions and RPI Sutter's pending motion, and he attached copies of those orders.

Because the respondent has since ruled on the pending motions challenged by relator's petition, this Court no longer has jurisdiction to grant relief because the petition has been rendered moot. *See Tex. A&M Univ.–Kingsville v. Yarbrough*, 347 S.W.3d 289, 290–91 (Tex. 2011); *In re Jackson*, No. 01–12–00020–CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot after relator received relief requested).

Accordingly, we grant RPI's Sutter's motion to reconsider lifting the stay, lift this Court's stay, and dismiss the petition as moot.

---

[1] The underlying case is *J. Douglas Sutter v. Safeco Insurance Company*, Cause No. 2017-54046, pending in the 152nd District Court of Harris County, Texas, the Honorable Robert K. Schaffer presiding.

## PER CURIAM

Panel consists of Justices Keyes, Kelly, and Goodman.